# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT A. HALL, ADMINISTRATOR OF
THE ESTATE OF DAVID JONATHAN
HALL AND THE ESTATE OF DAVID
JONATHAN HALL,

              Respondents

         v.

21ST CENTURY PREFERRED
INSURANCE COMPANY,

              Petitioner

: No. 554 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.